IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EARNEST DEAN BROADEN, ANNIE CALLOWAY,
CAL CALLOWAY, OTIS CALLOWAY,
ROSA MILLER, HENRY FOXX, EARL REESE,
MARY TURPIN, TIMMY SHIELDS,
AND ALL OTHERS SIMILARLY SITUATED             PLAINTIFFS

VS.                                           NO. CV-02-A-789-N

BULLOCK COUNTY SCHOOL SYSTEM                  DEFENDANT

### PLAINTIFFS' NOTICE OF COMPLIANCE

Notice is hereby given that Plaintiffs have complied with Judge Albritton's Order of October 15th, 2002 by filing with the Clerk of Court the attorney time records which are attached hereto and filed under seal in the above referenced cause.

Respectfully submitted,

_____
MARC E. BRAND, ESQ.
MSB NO. 4301
ATTORNEY FOR PLAINTIFFS

OF COUNSEL:

Ramsey Law Firm, P.C.
21 North Florida Street
Mobile, Alabama 36607
Telephone: (251) 479-5655
Facsimile: (251) 479-2488

Marc Edward Brand
Attorney at Law
125 Congress Street
Jackson, Mississippi 39201



Telephone: (601) 354-7878
Facsimile: (601) 354-0724

John MacNeill, Esq.
Jason S. Ehrlinspiel, Esq.
McNeill & Buffington, P.A.
Attorney at Law
PO Box 12690
Flowood, MS 39236
Telephone:   (601) 936-2800
Fax number: (601) 936-2801

Francis Edward Leon, Jr.
HUEY & LEON
Post Office Box 1806
Mobile, Alabama 36633-1806
Telephone:    (251) 433-6622
Facsimile:     (251) 433-6654

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date served a true and correct copy of the foregoing, via United States mail, properly addressed and prepaid postage affixed thereto, on

**JAMES R. SEALE, Esq.**
**HILL, HILL, CARTER, FRANCO,**
**COLE & BLACK, P.C.**
**Post Office Box 116**
**Montgomery, Alabama 36101-0116**

Robert T. Meadows, Esq.
CAPELL & HOWARD P.C.
Skyway Professional Center
3120 Frederick Rd., Ste. B
Opelika, Al. 36803

This, the 19TH day of December, 2002

Marc E. Brand