**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FEB - 5 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

EARNEST D. BROADEN, et al.,    )
                               )
            Plaintiffs,        )
                               )
vs.                            )    CIVIL ACTION NO. 02-A-789-N
                               )
BULLOCK COUNTY BOARD OF        )
EDUCATION,                     )
                               )
            Defendant.         )

## <u>ORDER</u>

Upon consideration of the Joint Proposal for Conditional Class Certification Notice, filed jointly by the parties on January 31, 2003, it is hereby

ORDERED that the Joint Proposal is GRANTED, and Plaintiffs are authorized to forward the Notice, with insertions appropriate to this specific case, to all potential class members identified to Plaintiffs by the Defendant.

The court notes a potential for disagreement among the parties concerning the provisions of ¶ 4 of the Joint Proposal, in which the parties agree to no contact with potential class members before March 15, 2003, and Section 11 of the Notice, which authorizes recipients of the Notice to contact counsel for the Plaintiffs or for the Defendant with questions concerning this matter. To avoid the possibility of future disagreement, counsel for the parties are DIRECTED to promptly reach an agreement in writing concerning the handling of contacts initiated by potential class members to counsel for the parties, or anyone in their offices, prior to March 15, 2003. The court

understands ¶ 4 of the Joint Proposal to bar the Plaintiffs themselves and the Defendant and its

employees from any communication whatsoever with potential class members, and that in the

event of any contact with them by a potential class member, they are to refer the person

contacting them to one of the attorneys, without any further comment.

DONE this _5th_ day of February, 2003.


_____
W. HAROLD ALBRITTON
CHIEF UNITED STATES DISTRICT JUDGE